Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. SACV17-00030 DOC (KESx) |
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Bear & Baker, Ltd., a California Limited Partnership, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Vogel v Bear & Baker, Ltd., a California Limited Partnership.*, Case No. SACV17-00030 DOC (KESx) has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks.

Dated: March 29, 2017          DISABLED ADVOCACY GROUP, APLC


                                         /s/ Scottlynn J Hubbard, Esquire
                                        SCOTTLYNN J HUBBARD
                                        Attorney for Plaintiff