Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorneys for Plaintiff

Steven C. Smith, SBN 116246
Amber J. Harper, SBN 289183
**SMITH LC**
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone: (949) 416-5000
Facsimile: (949) 416-5555
Email: ssmith@smith-lc.com

Attorneys for Defendant Bear & Baker, Ltd.

United States District Court

Central District of California

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>Bear & Baker, Ltd., a California Limited Partnership,<br><br>    Defendant. | Case No. SACV17-00030 DOC (KESx)<br><br>**Joint Stipulation for Dismissal** |

Joint Stipulation for Dismissal	*Vogel v. Bear & Baker, Ltd., a California Limited Partnership*
Case No. SACV17-00030 DOC (KESx)

TO THE COURT AND ALL PARTIES:

  Through this Joint Stipulation, plaintiff Martin Vogel and defendant Bear & Baker, Ltd., a California Limited Partnership, hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  April 6, 2017    DISABLED ADVOCACY GROUP, APLC

             _/s/   Scottlynn J Hubbard                /_
             Scottlynn J Hubbard
             Attorney for Plaintiff

Dated:  April 6, 2017    SMITH LC

             _/s/   Amber J. Harper                /_
             Steven C. Smith
             Amber J. Harper
             Attorneys for Defendant

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scottlynn J Hubbard, do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

             _/s/   Scottlynn J Hubbard_
             Scottlynn J Hubbard

Joint Stipulation for Dismissal    *Vogel v. Bear & Baker, Ltd., a California Limited Partnership*
Case No. SACV17-00030 DOC (KESx)

Page 2